**DISMISSED; Opinion Filed February 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01078-CV

**FABIOLA PRICE, Appellant**
**V.**
**US BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03047-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Myers

The clerk's record in this case is overdue. By letter dated October 14, 2014, we informed appellant that the County Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/Lana Myers/
LANA MYERS
JUSTICE

141078F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FABIOLA PRICE, Appellant

No. 05-14-01078-CV     V.

US BANK NATIONAL ASSOCIATION, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-03047-A.
Opinion delivered by Justice Myers. Chief Justice Wright and Justice Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee US BANK NATIONAL ASSOCIATION recover its costs of this appeal from appellant FABIOLA PRICE.

Judgment entered this 5th day of February, 2015.